# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESSE ERIN MILLS,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.   2:23-CV-558-DWC

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT this matter be REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings.

Judgment for Plaintiff and the case is closed.

    Dated this 9th day of August, 2023.

RAVI SUBRAMANIAN
Clerk

s/Kim Brye
Deputy Clerk